# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Raineer Schemmel          CHAPTER 7

<u>Debtor(s)</u>

BKY. NO. 25-11171-DJB

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

                                                  Respectfully submitted,

/s/ *Matthew Fissel*

Matthew Fissel
18 Jun 2025, 10:22:53, EDT

        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106-1532
        (215) 627-1322