# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In re:**

| | | |
|---|---|---|
| RAINEER SCHEMMEL | : | Chapter 7 |
| | : | |
| **Debtor** | : | Bky. No. 25-11171-djb |

## CERTIFICATION OF SERVICE

I, Stephen M. Dunne, Esq., certify that on July 11, 2025, I did cause a true and correct copy of the documents described below to be served upon the persons set forth in the Court's Mailing Matrix via CM/ECF or First Class United States Mail on July 11, 2025.

- Debtor's Response to Creditors Motion for an Extension of Deadline to File Dischargeability Complaint

**Via Electronic Filing (ECF) on July 11, 2025:**

United States Trustee                   L
USTPRegion03.PH.ECF@usdoj.gov

Robert W. Seitzer, Chapter 7 Trustee
rseitzer@karalislaw.com

Ronald S. Gellert
rgellert@gsbblaw.com

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Dated: July 11, 2025

Respectfully submitted:
By: /s/ *Stephen M. Dunne*
STEPHEN M. DUNNE. ESQUIRE
PA. ID # 208838
1515 Market Street, Suite 1200
Philadelphia, PA 19102
215-551-7109 Phone
215-525-9721 Fax
Stephen@dunnelawoffices.com