# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) |
| | ) Chapter 7 |
| RAINEER SCHEMMEL, | ) |
| | ) Case No. 25-11171-djb |
| Debtor. | ) |
| | ) |

## NOTICE OF WITHDRAWAL OF MOTION FOR AN EXTENSION OF DEADLINE TO FILE DISCHARGEABILITY COMPLAINT

**PLEASE TAKE NOTICE** that SMR, Inc. dba Talk of the Town (the "TOTT"), Triumph Acquisitions 3, LLC ("TA3") and James Gaither ("Mr. Gaither) (all collectively "Movants"), by and through undersigned counsel hereby withdraw the *Motion For an Extension of Deadline to File Dischargeability Complaint* filed on July 7, 2025, at D.I. 12.

| | |
|---|---|
| Dated: August 8, 2025 | GELLERT SEITZ BUSENKELL & BROWN, LLC |
| | |
| | */s/ Ronald S. Gellert* |
| | Ronald S. Gellert (PA 80783) |
| | 901 Market Street, Suite 3020 |
| | 3rd Floor |
| | Philadelphia, PA 19107 |
| | Telephone: (302) 425-5800 |
| | Facsimile:  (302) 425-5814 |
| | Email: rgellert@gsbblaw.com |
| | |
| | *Counsel to SMR, Inc., Triumph Acquisitions 3 LLC and James Gaither* |