IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| ) | Chapter 7 |
| RAINEER SCHEMMEL, ) | |
| ) | Case No. 25-11171-djb |
| Debtor. ) | |
| ) | |

**CONSENT JUDGMENT OF NONDISCHARGABLE DEBT**

Upon consideration of the Stipulation Regarding Nondischargeability (the "Stipulation")(D.I. **20**), and the consent of all parties thereto, it is hereby

**ORDERED** that:

1. The Stipulation is **APPROVED** in its entirety, and it is further **ORDERED** that

2. Judgment of non-dischargeability pursuant to 11 U.S.C. §§ 523(a)(2), (a)(4) and (a)(6) is entered in favor of SMR, Inc. d/b/a Talk of the Town, Triumph Acquisitions 3, LLC, and James N. Gaither (collectively, "Movants") and against Debtor Raineer Schemmel in the principal amount of Two Hundred Seventy-Eight Thousand Eight Hundred Sixty-Eight Dollars and Forty-Nine Cents ($278,868.49)(the "Judgment Amount"); and it is further **ORDERED** that

3. The Judgment Amount shall not be discharged in Debtor's Chapter 7 case or any subsequent bankruptcy proceeding.

4. Following Debtor's entry of discharge under 11 U.S.C. § 727, Movants may pursue any collection remedies permitted by applicable non-bankruptcy law; and it is further **ORDERED** that

5. This Court retains jurisdiction to interpret, implement, and enforce this Judgment and the underlying Stipulation.

Dated: __**August 4, 2025**__ 2025

_____
HONORABLE Derek J. Baker
United States Bankruptcy Judge

Copies to:

Ronald S. Gellert (PA 80783)
901 Market Street, Suite 3020
3rd Floor
Philadelphia, PA 19107
Telephone: (302) 425-5800
Facsimile:  (302) 425-5814
Email: rgellert@gsbblaw.com
*Counsel to SMR, Inc. t/a Talk of the Town*

Stephen M. Dunne, Esquire
Dunne Law Offices, P.C.
1515 Market Street, Suite 1200
Philadelphia, PA 19102
(215) 551-7109 (Telephone)
stephen@dunnelawoffices.com
*Counsel for Debtor*