United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Raineer Schemmel  
    Debtor

Case No. 25-11171-djb  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Aug 08, 2025      Form ID: 318      Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Raineer Schemmel, 3200 Beachview Walk, Philadelphia, PA 19125-4369 |
| 14991167 | + | ARG Holdings, Inc., 8 Temple Road, Parlin, NJ 08859-1222 |
| 14991172 | + | Llanerch Shopping Center LP, 1301 Lancaster Avenue, Berwyn, PA 19312-1290 |
| 14995466 | + | Llanerch Shopping Center, L.P., c/o Dana S. Plon, Esquire, Sirlin Lesser & Benson, P.C., 123 South Broad Street, Suite 2100, Philadelphia, PA 19109-1042 |
| 14991174 | ++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307 address filed with court:, M&T Bank, Attn: Legal Liason Dept, 475 Crosspoints Parkway, Getzville, NY 14068 |
| 14991181 | | TD Bank/Raymour & Flanigan, Attn: Bankruptcy 1701 Rt. 70 East, Cherry Hill, NJ 08003 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 09 2025 00:23:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14991166 | | Email/PDF: bncnotices@becket-lee.com | Aug 09 2025 00:34:24 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14991169 | | Email/Text: payroll@bylinebank.com | Aug 09 2025 00:22:00 | Byline Bank, 180 N LaSalle Street Suite 300, Chicago, IL 60601 |
| 14991168 | | Email/Text: payroll@bylinebank.com | Aug 09 2025 00:22:00 | Byline Bank, 180 North LaSalle Street Suite 300, Chicago, IL 60601 |
| 14991171 | | Email/Text: Bkynotices@lendingpoint.com | Aug 09 2025 00:22:00 | LendingPoint LLC., Attn: Bankruptcy 1201 Roberts Blvd Suite, Kennesaw, GA 30144 |
| 14991170 | ^ | MEBN | Aug 09 2025 00:10:19 | Lakeview, PO Box 619063, Dallas, TX 75261-9063 |
| 14991173 | | Email/Text: camanagement@mtb.com | Aug 09 2025 00:22:00 | M&T Bank, PO Box 62146, Baltimore, MD 21264 |
| 14991175 | | Email/Text: camanagement@mtb.com | Aug 09 2025 00:22:00 | M&T Bank, PO Box 62182, Baltimore, MD 21264 |
| 14991176 | | EDI: NFCU.COM | Aug 09 2025 04:11:00 | Navy FCU, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 14991177 | + | EDI: NFCU.COM | Aug 09 2025 04:11:00 | Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000 |
| 14991178 | | EDI: AGFINANCE.COM | Aug 09 2025 04:11:00 | OneMain Financial, Attn: Bankruptcy, PO Box 142, Evansville, IN 47701-0142 |
| 14991179 | | Email/Text: collections@pinnaclebank.com | Aug 09 2025 00:22:00 | Pinnacle Bank, P.O. Box 430, Elberton, GA 30635 |
| 14992663 | | EDI: PENNDEPTREV | Aug 09 2025 04:11:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 08, 2025 | Form ID: 318 | Total Noticed: 20 |

| | | | | |
|---|---|---|---|---|
| 14991180 | + | Email/Text: bankruptcy1@pffcu.org | Aug 09 2025 00:22:00 | 17128-0946<br>Police & Fire FCU, 901 Arch Street, Philadelphia, PA 19107-2495 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2025      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANNE M. AARONSON | on behalf of Creditor POLICE AND FIRE FEDERAL CREDIT UNION aaaronson@dilworthlaw.com mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com |
| DANA S. PLON | on behalf of Creditor Llanerch Shopping Center L.P. dplon@sirlinlaw.com |
| MATTHEW K. FISSEL | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| ROBERT W. SEITZER | rseitzer@karalislaw.com PA93@ecfcbis.com;jhysley@karalislaw.com |
| RONALD S. GELLERT | on behalf of Interested Party SMR Inc., Triumph Acquisitions 3 LLC and James Gaither rgellert@gsbblaw.com, mfriedman@gsbblaw.com |
| STEPHEN MATTHEW DUNNE | on behalf of Debtor Raineer Schemmel bestcasestephen@gmail.com DunneLawOfficesPC@jubileebk.net |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Raineer Schemmel** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1699 <br> EIN   __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____ <br> EIN   __–_____ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | |
| Case number: | 25–11171–djb | |

# Order of Discharge                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Raineer Schemmel

<u>8/8/25</u>                                                           **By the court:**  <u>Derek J Baker</u>
                                                                                         United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                         **Order of Discharge**                          page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**