*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                                    : Chapter 7

Raineer Schemmel                                                         : Case No. 25−11171−djb
      Debtor(s)

***ORDER***
_____

    AND NOW, this day , August 13, 2025 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

                                                   By The Court

                                                   Derek J Baker
                                                   Judge, United States Bankruptcy Court

34
Form 195